# Order

**Michigan Supreme Court**
**Lansing, Michigan**

July 21, 2009

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

137672(91)


SHAUN BONKOWSKI,
        Plaintiff-Appellant,

v

ALLSTATE INSURANCE COMPANY,
        Defendant-Appellee.

SC: 137672
COA: 273945
Oakland CC: 2001-035172-NF

_____/

      On order of the Chief Justice, the motion by the Coalition Protecting Auto No-Fault for leave to file a brief *amicus curiae* is considered and it is GRANTED.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

July 21, 2009

_____
Clerk